BERTHA D. THOMPSON, as Administratrix of the Estate of WILLIAM H. THOMPSON, Deceased, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

*Thompson* v. *Equitable Life Assur. Society,* 119 App. Div. 868, affirmed. (Argued December 8, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon certain policies of life insurance.

*Raphael J. Moses* for appellant.

*Charles W. Pierson* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT and HISCOCK, JJ. Dissenting: EDWARD T. BARTLETT and VANN, JJ. Absent: WERNER, J.

---

SUSAN F. ROBINSON, Appellant, *v.* CAROLINE KELSO et al., Respondents.

*Robinson* v. *Kelso,* 122 App. Div. 903, affirmed. (Argued December 9, 1908; decided January 5, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 20, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to establish a trust in certain real property and for the construction of a will.

*John B. Holmes* and *Thomas F. Galvin* for appellant.

*James W. Verbeck* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: WERNER, J.